938

No. 1597, Misc.   RAYMOND *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1602, Misc.   GONZALES *v.* CRAVEN, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 1607, Misc.   LEMBKE *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 1608, Misc.   CLINE *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 1613, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1614, Misc.   CHESS *v.* BUNTING ET AL.   Sup. Ct. Tex.   Certiorari denied. *Morton Brauer* for petitioner. *George A. McAlmon, Jr.,* for Bunting, and *Wayne Windle* for Chess, respondents.

No. 1616, Misc.   ELLIS *v.* NEW JERSEY.   C. A. 3d Cir. Certiorari denied.

No. 1623, Misc.   THOMAS *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 1624, Misc.   CALLOWAY *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 1640, Misc.   WINIECKI *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.